# UNITED STATES DISTRICT COURT

for the
Western District of Missouri

| | |
|---|---|
| **JENNIFER RUSH on behalf of herself and others similarly situated** )<br>)<br>)<br>) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:26-cv-03163 |
| )<br>) | |
| **JOURNEY BUILDERS INC.** )<br>) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Gabriel Hasbun, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to JOURNEY BUILDERS INC. in Harris County, TX on March 25, 2026 at 3:21 pm at 3301 Fondren Rd, Ste C, Houston, TX 77063-5635 by leaving the following documents with Arlene Sandoval who as Office Manager is authorized by appointment or by law to receive service of process for JOURNEY BUILDERS INC..

SUMMONS IN A CIVIL ACTION, Class Action Complaint
Race: Hispanic or Latino, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.7286296083,-95.5199672909
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Harris County ,

TX on 3/25/2026 .

/s/ *Gabriel Hasbun*

Signature
Gabriel Hasbun
+1 (832) 477-4138

Proof Job #1638662 | Serve #SRV-VN68CNZ



Exhibit 1a)

Proof Job #1638662 | Serve #SRV-VN68CNZ