# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

JENNIFER RUSH )
*on behalf of herself and* )      Civil Action No.: 26-cv-3163
      *others similarly situated*, )
       )
      Plaintiff, )
       )      Jury Trial Demanded
v. )
       )
JOURNEY BUILDERS INC. )
       )
      Defendant. )
_____ )

## <u>Notice of Settlement</u>

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.


Dated: April 18, 2026            PLAINTIFF,


           By: */s/ Anthony Paronich*
           Anthony I. Paronich, *Pro Hac Vice*
           Paronich Law, P.C.
           350 Lincoln Street, Suite 2400
           Hingham, MA 02043
           (508) 221-1510
           anthony@paronichlaw.com

1