# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER RUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-03163-CV-S-LMC |
| | ) | |
| JOURNEY BUILDERS INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

On April 20, 2026, the Court was informed that this matter was tentatively resolved via settlement negotiations between the parties.  Accordingly, Plaintiff shall work with the Defendant toward finalization of the settlement and file a notice of dismissal,[1] that complies with Federal Rule of Civil Procedure 41(a)(1), on or before June 19, 2026.  In the event the parties do not finalize the settlement by June 19, 2026, the Plaintiff shall file a report on June 19, 2026, informing the Court of the status of this matter, and every 30 days thereafter until a notice of dismissal is filed. *Failure to timely file a notice of dismissal or report by the deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).*

**IT IS SO ORDERED.**

/s/ Lajuana M. Counts
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE

---

[1] If the matter involves settlement of a minor's claim or settlement in a wrongful death action, please ensure compliance with the relevant Missouri statutes.  *See* Mo. Rev. Stat. §§ 507.184 and 537.095.