# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

JENNIFER RUSH,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)　　　Case No. 6:26-cv-03163-MBB
　　　　　　　　　　　　　　　　　　　)
JOURNEY BUILDERS, INC.,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)

## <u>ORDER</u>

On April 18, 2026, counsel for Plaintiff Jennifer Rush filed a Notice of Settlement that informed the Court that the parties tentatively reached a settlement and expected to file a notice or stipulation of dismissal within sixty days.  (**Doc. 6**).  On April 20, 2026, this Court ordered that, should the parties finalize the settlement, the notice or stipulation of dismissal should be filed on or before June 19, 2026.  (**Doc. 7**).  The Court also ordered that if settlement was not finalized, Plaintiff should file a report informing the Court the status of this matter on or before June 19, 2026.  (***Id.***).  To date, neither a notice or stipulation of dismissal, nor a report, have been filed.  Therefore, the Court ORDERS that on or before July 1, 2026, Plaintiff shall either (1) file a notice or stipulation of dismissal, or (2) file a report informing the Court the status of this matter.  **Failure to comply with this Order may result in dismissal of this action for failure to prosecute.**

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　s/ Megan Blair Benton
　　　　　　　　　　　　　　　　　　　MEGAN BLAIR BENTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: <u>June 24, 2026</u>