**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| JENNIFER RUSH | ) | |
| *on behalf of herself and* | ) | Civil Action No.: 26-cv-3163 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| JOURNEY BUILDERS INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ.

P. 41.

RESPECTFULLY SUBMITTED AND DATED this June 24, 2026.

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com